No. 629, Misc.   WALLACE v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *George J. Danforth* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R Monahan* for the United States.

No. 630, Misc.   STORY v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   *George J. Danforth* for petitioner.   *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 639, Misc.   FULLER v. MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 640, Misc.   POPE v. MAYO, CUSTODIAN.   Supreme Court of Florida.   Certiorari denied.

No. 641, Misc.   TABOR v. SWENSON, WARDEN.   Court of Appeals of Maryland.   Certiorari denied.

No. 645, Misc.   EDMONDSON v. WRIGHT, WARDEN.   Court of Appeals of Maryland.   Certiorari denied.

No. 646, Misc.   TAYLOR v. HUDSPETH, WARDEN.   Supreme Court of Kansas.   Certiorari denied.

No. 647, Misc.   SMITH v. RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 648, Misc.   EDWARDS v. HEINZE, WARDEN.   Supreme Court of California.   Certiorari denied.